UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRANDON CARRINGTON,

                Plaintiff,                Civil Action No. 17-11773
                                                        Honorable Bernard A. Friedman
v.                                                        Magistrate Judge David R. Grand

JEFFREY M. MALLON,

                Defendant.
_____/

## REPORT AND RECOMMENDATION TO DISMISS PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE FOR FAILURE TO TIMELY EFFECTUATE SERVICE

### I. REPORT

**A.    Procedural History**

On June 5, 2017, Plaintiff Brandon Carrington ("Carrington") filed what appears to be a legal malpractice action against his former attorney, Defendant Jeffery M. Mallon ("Mallon"). (Doc. #1). The United States Marshal Service attempted service by U.S. mail of the summons and complaint upon Mallon at the address Carrington provided. However, on September 28, 2017, the United States Post Office returned the summons and complaint as "UNABLE TO FORWARD – UNCLAIMED." (Doc. #9).

As a result, on October 31, 2017, this Court issued an order directing Carrington to provide the correct address for Mallon by November 17, 2017. (Doc. #11). On November 15, 2017, the Court received from Carrington a document in which he provided a new address for Mallon. (Doc. #13). Thus, new summonses were issued on November 21, 2017, and the Court ordered the U.S. Marshal to serve Mallon at the updated address provided by Carrington. (Docs. #14, 15).

On December 21, 2017, however, the U.S. Marshal indicated that its attempt to serve

Mallon at the address provided by Carrington was unsuccessful. (Doc. #18). Indeed, information provided by the Marshal indicates that FedEx reported it was "Unable to deliver shipment, returned to shipper." (Doc. #18-1 at 1). No additional information was provided as to Mallon's correct address.

Thus, on January 11, 2018, the Court issued an Order to Show Cause, requiring Carrington to show cause, in writing, why this action should not be dismissed without prejudice because of his failure to timely accomplish service. (Doc. #19). In that order, the Court noted that more than six months had passed since Carrington filed his complaint, and the Court had twice attempted (unsuccessfully) to have Mallon served at addresses he provided. (*Id.* at 2).

On February 1, 2018, the Court received a letter from Carrington in which he provided yet another address for Mallon. (Doc. #21). Thus, the Court vacated its Order to Show Cause, ordered the U.S. Marshal to serve Mallon at the updated address provided by Carrington, and extended the time for service to March 16, 2018. (Doc. #22). On February 20, 2018, the U.S. Marshal acknowledged receiving the Court's Order and a copy of Carrington's complaint. (Doc. #23). The U.S. Marshal then made an additional effort to serve Mallon at the address provided by Carrington, but those efforts were unsuccessful. (Ex. A).

**B.      Analysis**

Federal Rule of Civil Procedure 4(m) provides that if service is not effectuated on a defendant within 90 days of filing the complaint, the court must dismiss the action without prejudice as to that defendant. "Absent a showing of good cause to justify a failure to effect timely service, the Federal Rules of Civil Procedure compel dismissal." *Byrd v. Stone*, 94 F.3d 217, 219 (6th Cir. 1996) (citing *Habib v. General Motors Corp.*, 15 F.3d 72, 73 (6th Cir. 1994)). It is a plaintiff's burden to establish good cause for failing to timely effectuate service. *See*

2

*Habib*, 15 F.3d at 73. Further, Local Rule 41.2 provides that if the parties "have taken no action for a reasonable time," the Court may enter an order dismissing the case for lack of prosecution.

Almost a year has passed since Carrington commenced this action. During that period of time, despite being given multiple opportunities, Carrington has failed to provide the Court with an address where Defendant Mallon can be served. Moreover, Carrington has not proffered any explanation – let alone good cause – for his inability to provide the Court with this information. The Court also notes that although Carrington identifies Mallon as his former attorney, and listed Mallon's address as "Jeffrey M. Mallon, P.C." in Commerce Township, Michigan (Doc. #21), the Michigan State Bar Member Directory does not list an attorney by this name. (https://www.zeekbeek.com/SBM/Search-Results#lname=mallon&mtype=good&region=MI) (last visited May 2, 2018).

In sum, Carrington is responsible for providing Defendant Mallon's correct address for service purposes, and the Court is not required "'to actively seek out the address of a defendant so that service can be effectuated' upon him or her." *Spencer v. Bynum*, 2013 WL 4041870, at *3 (E.D. Mich. Aug. 8, 2013) (quoting *Fitts v. Sicker*, 232 F. App'x 436, 444 (6th Cir. 2007)). Despite multiple attempts to secure a valid address where Defendant Mallon may be served, Carrington has been unable to provide one. Therefore, pursuant to Fed. R. Civ. P. 4(m) and E.D. Mich. L.R. 41.2, the Court recommends that Carrington's complaint be dismissed without prejudice. *See Abel v. Harp*, 122 F. App'x 248, 250 (6th Cir. 2005) (citing *Byrd*, 94 F.3d at 219).

## II. RECOMMENDATION

For the foregoing reasons, the Court **RECOMMENDS** that Carrington's complaint be **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 4(m) and E.D. Mich. L.R. 41.2.

Dated: May 2, 2018  
Ann Arbor, Michigan

s/David R. Grand  
DAVID R. GRAND  
United States Magistrate Judge

### NOTICE TO THE PARTIES REGARDING OBJECTIONS

Within 14 days after being served with a copy of this Report and Recommendation, any party may serve and file specific written objections to the proposed findings and recommendations set forth above. *See* 28 U.S.C. §636(b)(1); Fed. R. Civ. P. 72(b)(2); E.D. Mich. LR 72.1(d)(1). Failure to timely file objections constitutes a waiver of any further right of appeal. *Thomas v. Arn*, 474 U.S. 140, (1985); *United States v. Sullivan*, 431 F.3d 976, 984 (6th Cir. 2005). Only specific objections to this Report and Recommendation will be preserved for the Court's appellate review; raising some objections but not others will not preserve all objections a party may have. *See Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987); *see also Frontier Ins. Co. v. Blaty*, 454 F.3d 590, 596-97 (6th Cir. 2006). Copies of any objections must be served upon the Magistrate Judge. *See* E.D. Mich. LR 72.1(d)(2).

A party may respond to another party's objections within 14 days after being served with a copy. *See* Fed. R. Civ. P. 72(b)(2); 28 U.S.C. §636(b)(1). Any such response should be concise, and should address specifically, and in the same order raised, each issue presented in the objections.

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 2, 2018.

s/Eddrey O. Butts  
EDDREY O. BUTTS  
Case Manager

4

# EXHIBIT A



After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

Track your package or shipment with FedEx Tracking
Case 2:17-cv-11772-BAF-DRG ECF No. 24, PageID.61   Filed 05/02/18   Page 7 of 8
Page 1 of 2

**Ex.**   Shipping   Tracking   Printing Services   Locations   Support                Sign In

**IMPORTANT!**
FedEx is closely monitoring the winter storms across portions of the U.S. Learn More

## FedEx ® Tracking

### 780031178679

Ship date
**Tue 3/13/2018**

Scheduled delivery
**Pending**

Detroit MI US

**In transit**
NOVI MI

41390 W ELEVEN MILE ROAD
NOVI MI US 48375

**Package is not yet available for pickup.**

Quickly and easily customize your home deliveries.
Request to get your home deliveries when and where you want them with **FedEx Delivery Manager®**.

### Travel History

| Date/Time | Activity | Location |
|---|---|---|
| — 3/24/2018 - Saturday | | |
| 1:39 pm | In transit | NOVI MI |
| — 3/20/2018 - Tuesday | | |
| 5:50 pm | Ready for recipient pickup | NOVI MI |
| | Package available for pickup at FedEx Facility: 41390 W ELEVEN MILE ROAD | |
| 4:06 pm | At local FedEx facility | NOVI MI |
| 1:58 pm | Delivery exception | NOVI MI |
| | Adult recipient unavailable (age and required identification vary by country) | |
| 8:09 am | On FedEx vehicle for delivery | NOVI MI |
| 7:30 am | At local FedEx facility | NOVI MI |
| — 3/19/2018 - Monday | | |
| 3:28 pm | At local FedEx facility | NOVI MI |
| 1:12 pm | Delivery exception | NOVI MI |
| | Adult recipient unavailable (age and required identification vary by country) | |
| 7:53 am | On FedEx vehicle for delivery | NOVI MI |
| 6:57 am | At local FedEx facility | NOVI MI |
| — 3/17/2018 - Saturday | | |
| 3:53 pm | At local FedEx facility | NOVI MI |
| — 3/16/2018 - Friday | | |
| 3:47 pm | At local FedEx facility | NOVI MI |
| 10:25 am | Delivery exception | NOVI MI |
| | Adult recipient unavailable (age and required identification vary by country) | |
| 8:37 am | On FedEx vehicle for delivery | NOVI MI |
| 8:06 am | At local FedEx facility | NOVI MI |
| — 3/15/2018 - Thursday | | |
| 9:30 pm | Left FedEx origin facility | NOVI MI |
| 10:13 am | At local FedEx facility | NOVI MI |
| | Package not due for delivery | |
| 10:13 am | At local FedEx facility | NOVI MI |
| 9:39 am | At local FedEx facility | NOVI MI |
| | Package not due for delivery | |
| 7:56 am | At local FedEx facility | NOVI MI |
| — 3/14/2018 - Wednesday | | |
| 9:23 pm | Left FedEx origin facility | NOVI MI |
| 10:59 am | At local FedEx facility | NOVI MI |
| 9:45 am | At local FedEx facility | NOVI MI |
| | Package not due for delivery | |
| 7:27 am | At local FedEx facility | NOVI MI |
| — 3/13/2018 - Tuesday | | |
| 9:51 pm | At destination sort facility | ROMULUS MI |
| 9:22 pm | Left FedEx origin facility | ROMULUS MI |
| 6:52 pm | Picked up | ROMULUS MI |

Ask FedEx

1 25 pm        Shipment information sent to FedEx

## Shipment Facts

| | | | |
|---|---|---|---|
| **Tracking Number** | 780031178679 | **Service** | FedEx Express Saver |
| **Door tag number** | DT104766986479<br>DT104766986457 | **Weight** | 0 5 lbs / 0 23 kgs |
| | | **Total pieces** | 1 |
| **Signature services** | Adult signature required | **Terms** | Shipper |
| **Total shipment weight** | 0 5 lbs / 0 23 kgs | **Packaging** | FedEx Envelope |
| **Shipper reference** | CASE# 17-11773 | **Standard transit** | 3/16/2018 by 8 00 pm |
| **Special handling section** | Deliver Weekday Residential Delivery Adult Signature Required | | |

**OUR COMPANY**

About FedEx
Our Portfolio
Investor Relations
Careers

FedEx Blog
Corporate Responsibility
Newsroom
Contact Us

**MORE FROM FEDEX**

FedEx Compatible
Developer Resource Center
FedEx Cross Border

**LANGUAGE**

Change Country

English

**FOLLOW FEDEX**

© FedEx 1995-2018        Feedback  |  Site Map  |  Terms of Use  |  Security & Privacy

Ask FedEx