UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRANDON CARRINGTON,

    Plaintiff,                                        Civil Action No. 17-CV-11773

vs.                                                  HON. BERNARD A. FRIEDMAN

JEFFREY M. MALLON,

    Defendant.
_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

        In a report and recommendation ("R&R") filed on May 2, 2018, Magistrate Judge David R. Grand recommends that the Court dismiss the complaint in this matter for plaintiff's failure to provide the Court with an address where defendant can be served. Plaintiff has not objected to the R&R and the time for him to do so has expired. The Court has reviewed the file and the R&R and finds that the recommendation is sound. Accordingly,

        IT IS ORDERED that Magistrate Judge Grand's R&R is hereby accepted and adopted as the findings and conclusions of the Court.

        IT IS FURTHER ORDERED that the complaint is dismissed, without prejudice, for plaintiff's failure to provide the Court with an address where defendant can be served with process.

Dated: May 17, 2018                  s/Bernard A. Friedman
Detroit, Michigan                   BERNARD A. FRIEDMAN
                                                 SENIOR UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 17, 2018.

s/Johnetta M. Curry-Williams
Case Manager